**Electronically Filed
Supreme Court
SCWC-23-0000354
06-OCT-2023
08:45 AM
Dkt. 7 ODAC**

SCWC-23-0000354

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MIKAEL KLEMME,
Respondent/Petitioner-Appellee,

vs.

CARMELA BURTELL and LAUREN BURTELL,
Petitioners/Respondents-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000354; CASE NO. 2DSS-21-0000358)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
and Circuit Judge Kawamura and Circuit Judge Morikawa,
assigned by reason of vacancies)

Petitioners/Respondents-Appellants' application for writ of certiorari, filed on August 29, 2023, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 6, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Shirley M. Kawamura

/s/ Trish K. Morikawa

